JOHN F RYAN, ESQ.

320 8TH AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

JULY 19, 2026

**VIA ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Court Rm 11D
New York, NY 10007-1312

Initial conference is adjourned from July 24, 2026 to September 11, 2026 at 11:30 a.m. Civil Case Management Plan & Scheduling Order due the week before the conference.
Call-In: 1-855-244-8681,
Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 7/20/2026

P. Kevin Castel
United States District Judge

Re: Tokio Marine Kiln
V.
Mediterranean Shipping Company S.A. d/b/a MSC.
26-cv-04513(PKC)(BCM)

Dear Judge Castel:

I am counsel for Plaintiff in the captioned litigation.

I write to request that the Initial Conference Scheduled for July 24, 2026 at 11:00AM, Dkt. # 6 be adjourned to a date in late September and that Plaintiff's counsel be provided a new date to file the Civil Case Management Plan & Scheduling Order.

This request is being made because my office failed to serve Defendant with the Summons, Complaint together with a request that the Defendant waive formal Service and the Court's June 10th Order, Dkt. #6.

I realized today that I had failed to serve the Defendant as well as diary the dates of the Court's June 10th Order, Dkt. #6.

In addition I want to advise the Court that I am starting a week vacation tomorrow the 20th, returning to my office on July 28th.

This evening I will be serving the Defendant with the Summons, Complaint together with a request that the Defendant waive formal Service. I anticipate

being able to file the Defendant's waiver of formal service with the Court upon my return on July 28th.

With the foregoing in mind that I respectfully request that the Initial Conference be adjourn to a date in late September to a date convenient to the Court.

I thank the Court for its attention to counsel's request.

Respectfully submitted,

Dated: July 19, 2026

John F. Ryan Counselor at Law
*By:*
John F. Ryan
Attorney for Plaintiff
320 8th Avenue, Suite 2R
Brooklyn, NY 11215

So Ordered

______________________________________

The Honorable P Kevin Castel United States District Judge